## Elias Hollenbach and Martha Hollenbach, Appellees, v. Ellen A. Hardin et al., Appellants.

### Gen. No. 21,906.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MAZ-ZINI SLUSSER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed May 9, 1917.

### Statement of the Case.

Action by Elias Hollenbach and Martha Hollenbach, plaintiffs, against Ellen A. Hardin, Patrick K. Hardin and F. W. Leland, defendants, to recover for damages done to plaintiffs' premises in taking a safe therefrom. From a judgment for plaintiffs for one hundred dollars, defendants appeal.

WICKETT, WALKER & WEGG, for appellants, Ellen A. Hardin and Patrick K. Hardin.

RANKIN, HOWARD & DONNELLY, for appellees.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 1*—*when relation does not exist.* Where the owner of a certain safe hired a certain licensed expressman to move the safe from the premises of a third party, and in doing so the expressman acted independently of the owner and according to his own notions and such methods as he thought best, and with his own assistants, *held* that there was no relation of master and servant between the owner and the expressman, and the former would not be liable for the latter's negligence or trespass upon such third party.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.